UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LM GENERAL INSURANCE COMPANY, LM INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, GENERAL INSURANCE COMPANY OF AMERICA, PEERLESS INDEMNITY INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF ILLINOIS, AND WAUSAU UNDERWRITERS INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ORTHOMOTION REHAB DME, INC. F/K/A ORTHOMOTION DME, LLC, MOTION AND COMPRESSION TECHNICIAN, LLC, J&S MARKETING ASSOCIATES INC. D/B/A S M GATEWAYS, SEAN MARTIN, NARESH MOOKLALL, CROWN NETWORKING GROUP LLC, JASON GOLDFARB, MASK CONSULTING GROUP INC., FLATURF CONSULTING S CORP., AND ASK FERCCI LLC., <br><br> Defendants. | C.A. No. 1:24-cv-05860-AMD-JRC |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s) LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Personal Insurance Company, American States Insurance Company, General Insurance Company of America, Peerless Indemnity Insurance Company, Safeco Insurance Company of Illinois, and Wausau Underwriters Insurance Company and their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants, Mask Consulting Group Inc. and Flaturf Consulting S Corp.

1

Respectfully Submitted,

By the Plaintiffs,
*LM General Insurance Company,*
*LM Insurance Corporation,*
*Liberty Mutual Fire Insurance Company,*
*Liberty Mutual Personal Insurance Company,*
*American States Insurance Company,*
*General Insurance Company of America,*
*Peerless Indemnity Insurance Company,*
*Safeco Insurance Company of Illinois, and*
*Wausau Underwriters Insurance Company*

By Their Attorneys:

*/s/ Shauna L. Sullivan*
_____
Nathan A. Tilden (NT0571)
ntilden@ktmpc.com
Shauna L. Sullivan (SS5624)
ssullivan@ktmpc.com
Hugh C.M. Brady (HB4724)
hbrady@ktmpc.com
350 Granite St, Ste 2204
Braintree, MA 02184
(617) 770-2214

Date: September 24, 2024

## CERTIFICATE OF SERVICE

      I, Shauna L. Sullivan, hereby certify that on September 24, 2024, I caused to be served the foregoing **Notice of Voluntary Dismissal With Prejudice** via ECF filing upon all counsel of record and via electronic mail upon:

| | |
|---|---|
| Shannon Carroll, Esq.<br>Brach Eichler, LLC<br>101 Eisenhower Parkway<br>Suite 201<br>Roseland, NJ 07068<br>scarroll@bracheichler.com<br><br>Counsel for Defendants,<br>*Orthomotion Rehab DME, Inc.,*<br>*J&S Marketing Associates Inc. d/b/a S M Gateways, and*<br>*Sean Martin* | Benjamin Pinczewski, Esq<br>Pinczewski & Shpelfogel, P.C.<br>2735 Coney Island Avenue,<br>2nd Floor<br>Brooklyn, NY 11235<br>bmp@psattorney.com<br><br>Counsel for Defendants,<br>*Mask Consulting Group Inc. and*<br>*Flaturf Consulting S Corp.* |
| Naresh Mooklall<br>109-49 131st St<br>South Ozone Park, NY 11420 | Motion and Compression Technician, LLC<br>c/o Naresh Mooklall<br>109-49 131st St<br>South Ozone Park, NY 11420 |
| Alexander M. Dudelson, Esq.<br>26 Court Street<br>Suite 2306<br>Brooklyn, NY 11242<br>adesq@aol.com<br><br>Counsel for Defendants,<br>*Crown Networking Group LLC and*<br>*Jason Goldfarb* | |

Date: September 24, 2024        */s/ Shauna L. Sullivan*
                                                           Shauna L. Sullivan, Esq.