UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LM GENERAL INSURANCE COMPANY, LM INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, GENERAL INSURANCE COMPANY OF AMERICA, PEERLESS INDEMNITY INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF ILLINOIS, AND WAUSAU UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHOMOTION REHAB DME, INC. F/K/A ORTHOMOTION DME, LLC, MOTION AND COMPRESSION TECHNICIAN, LLC, J&S MARKETING ASSOCIATES INC. D/B/A S M GATEWAYS, SEAN MARTIN, NARESH MOOKLALL, CROWN NETWORKING GROUP LLC, JASON GOLDFARB, MASK CONSULTING GROUP INC., FLATURF CONSULTING S CORP., AND ASK FERCCI LLC,<br><br>Defendants. | C.A. No. 1:24-cv-05860-AMD-JRC |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiffs, Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Fire Insurance Company, The First Liberty Insurance Corporation, Liberty Mutual Personal Insurance Company, LM General Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, American States Insurance Company, and Wausau Underwriters Insurance Company (collectively, "Plaintiffs"), and Defendants, Orthomotion Rehab DME, Inc., Motion and Compression Technician, LLC, J&S Marketing Associates Inc., Sean Martin, and Naresh Mooklall, by and through their undersigned counsel, that Plaintiffs' Complaint (ECF No. 1) be dismissed as to

1

Defendants, Orthomotion Rehab DME, Inc., Motion and Compression Technician, LLC, J&S Marketing Associates Inc., Sean Martin, and Naresh Mooklall, with prejudice and without cost to any party.

Respectfully submitted,

| | |
|---|---|
| LM General Insurance Company, <br> LM Insurance Corporation, <br> Liberty Mutual Fire Insurance Company, <br> Liberty Mutual Personal Insurance Company, <br> American States Insurance Company, <br> General Insurance Company of America, <br> Peerless Indemnity Insurance Company, <br> Safeco Insurance Company of Illinois, and <br> Wausau Underwriters Insurance Company | Orthomotion Rehab DME, Inc., <br> J&S Marketing Associates Inc. d/b/a S M Gateways, <br> Sean Martin, <br> Naresh Mooklall, and <br> Motion and Compression Technician, LLC |
| By Their Attorneys: | By Their Attorneys: |
| /s/ *Nathan A. Tilden* | /s/ *Shannon Carroll* |
| Nathan A. Tilden (NT0571) <br> Shauna L. Sullivan (SS5624) <br> Hugh C. M. Brady (HB4724) <br> 350 Granite St., Suite 2204 <br> Braintree, MA 02184 <br> (617) 770-2214 <br> ntilden@ktmpc.com <br> ssullivan@ktmpc.com <br> hbrady@ktmpc.com | Shannon Carroll, Esq. <br> Neha Rao, Esq. <br> Brach Eichler, LLC <br> 101 Eisenhower Parkway <br> Suite 201 <br> Roseland, NJ 07068 <br> (973) 403-3126 <br> scarroll@bracheichler.com <br> nrao@bracheichler.com |
| Dated: February 24, 2025 | Dated: February 24, 2025 |

SO ORDERED:

Dated:    Brooklyn, New York
         _____, 2025         _____
                                    James R. Cho
                                    United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

    I, Nathan A. Tilden, hereby certify that on February 24, 2025, I caused to be served the foregoing **Stipulation of Voluntary Dismissal With Prejudice** via ECF filing upon all counsel of record and via first class mail upon:

| | |
|---|---|
| Shannon Carroll, Esq.<br>Brach Eichler, LLC<br>101 Eisenhower Parkway<br>Suite 201<br>Roseland, NJ 07068<br>scarroll@bracheichler.com<br><br>Counsel for Defendants,<br>*Orthomotion Rehab DME, Inc.,*<br>*J&S Marketing Associates Inc. d/b/a S M Gateways,*<br>*Sean Martin,*<br>*Naresh Mooklall, and*<br>*Motion and Compression Technician, LLC* | Alexander M. Dudelson, Esq.<br>26 Court Street<br>Suite 2306<br>Brooklyn, NY 11242<br>adesq@aol.com<br><br>Counsel for Defendants,<br>*Crown Networking Group LLC and*<br>*Jason Goldfarb* |

Date: February 24, 2025

                                                     */s/ Nathan A. Tilden*
                                                     Nathan A. Tilden, Esq.