UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LM GENERAL INSURANCE COMPANY, LM INSURANCE CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY MUTUAL PERSONAL INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY, GENERAL INSURANCE COMPANY OF AMERICA, PEERLESS INDEMNITY INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF ILLINOIS, AND WAUSAU UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ORTHOMOTION REHAB DME, INC. F/K/A ORTHOMOTION DME, LLC, MOTION AND COMPRESSION TECHNICIAN, LLC, J&S MARKETING ASSOCIATES INC. D/B/A S M GATEWAYS, SEAN MARTIN, NARESH MOOKLALL, CROWN NETWORKING GROUP LLC, JASON GOLDFARB, MASK CONSULTING GROUP INC., FLATURF CONSULTING S CORP., AND ASK FERCCI LLC,<br><br>Defendants. | C.A. No. 1:24-cv-05860-AMD-JRC |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiffs, LM General Insurance Company, LM Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Personal Insurance Company, American States Insurance Company, General Insurance Company of America, Peerless Indemnity Insurance Company, Safeco Insurance Company of Illinois, and Wausau Underwriters Insurance Company (collectively, "Plaintiffs"), and Defendants, Jason Goldfarb and Crown Networking Group LLC, by and through their undersigned counsel, that Plaintiffs' Complaint (ECF No. 1) be dismissed as to Defendants, Jason Goldfarb and Crown Networking Group LLC, with prejudice and without cost to any party.

1

Respectfully submitted,

| | |
|---|---|
| LM General Insurance Company,<br>LM Insurance Corporation,<br>Liberty Mutual Fire Insurance Company,<br>Liberty Mutual Personal Insurance Company,<br>American States Insurance Company,<br>General Insurance Company of America,<br>Peerless Indemnity Insurance Company,<br>Safeco Insurance Company of Illinois, and<br>Wausau Underwriters Insurance Company | Jason Goldfarb and<br>Crown Networking Group LLC |
| By Their Attorneys: | By Their Attorney: |
| /s/ *Nathan A. Tilden* | /s/ *Alexander M. Dudelson* |
| Nathan A. Tilden (NT0571)<br>Shauna L. Sullivan (SS5624)<br>Hugh C. M. Brady (HB4724)<br>350 Granite St., Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214<br>ntilden@ktmpc.com<br>ssullivan@ktmpc.com<br>hbrady@ktmpc.com | Alexander M. Dudelson, Esq.<br>26 Court Street<br>Suite 2306<br>Brooklyn, NY 11242<br>(718) 855-5100<br>adesq@aol.com |
| Dated: March 28, 2025 | Dated: March 28, 2025 |

SO ORDERED:

Dated:   Brooklyn, New York
       March 31, 2025

s/Ann M. Donnelly
_____
Ann M. Donnelly
United States District Judge

## CERTIFICATE OF SERVICE

I, Nathan A. Tilden, hereby certify that on March 28, 2025, I caused to be served the foregoing **Stipulation of Voluntary Dismissal With Prejudice** via ECF filing upon all counsel of record and via first class mail upon:

Alexander M. Dudelson, Esq.<br>
26 Court Street<br>
Suite 2306<br>
Brooklyn, NY 11242

                                                    */s/ Nathan A. Tilden*

                                                  _____

                                                  Nathan A. Tilden, Esq.

Date: March 28, 2025